

# Fourth Court of Appeals
## San Antonio, Texas

May 7, 2014

No. 04-14-00175-CV

**IN THE INTEREST OF A.J.P.,** a Child,

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02469
Honorable Janet P. Littlejohn, Judge Presiding

## O R D E R

In this accelerated appeal of the February 14, 2014 order terminating the appellant's parental rights, the appellant's brief was originally due to be filed with this court on April 16, 2014. *See* TEX. R. APP. P. 38.6(a). This court granted appellant's first motion for extension of time to May 6, 2014. On May 5, 2014, Appellant filed a motion for extension of time to file the brief to May 27, 2014.

Appellant's motion for extension of time is GRANTED. Appellant's brief must be filed with this court not later than May 27, 2014, for a total extension of forty-one days. *See id.*; *see also* TEX. R. JUD. ADMIN. 6.2, *available at* http://www.supreme.courts.state.tx.us/MiscDocket/11/11925100.pdf (directing courts of appeals to dispose of SAPCR suits "[w]ithin 180 days of the date the notice of appeal is filed"). Absent extenuating circumstances, no further extension will be granted.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court